UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

May 6, 2011

MEMO TO COUNSEL RE: US v. Brandon Boyer
Criminal No. JFM-09-0310

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendant's Motion To Apply Fair Sentencing Act of 2010 In The Event Of Conviction.

Defendant's motion is denied without prejudice to the issues raised by the motion being raised at sentencing in the event that defendant is convicted of an offense that renders those issues material. I understand the difficulty that defendant and his counsel face in evaluating the plea offer that apparently has been made to the defendant without knowing whether the Fair Sentencing Act of 2010 applies in this case. However, parties and counsel frequently need to evaluate their positions and to make decisions based upon their prediction about how courts might rule on key legal issues presented. Moreover, whatever ruling I might make on the question of whether the Fair Sentencing Act of 2010 applies in this case might well not be the final word because the party aggrieved by my ruling might appeal my ruling.

Two other facts persuade me that I should not now decide whether the Fair Sentencing Act of 2010 applies in this case. First, at the government points out in its opposition, any ruling that I might make would be wholly advisory until and unless the jury finds that the defendant conspired to distribute between 50 and 280 grams of crack. Second, the question presented is a difficult one. It would be extremely unfortunate if I were required to rule unnecessarily that the Fourth Circuit's opinion in *United States v. Glanton, 2011 WL 121560* (4th Cir. Jan.14, 2011), dictates that the Fair Sentencing Act should not be found to be retroactive despite the fact that I might consider such a conclusion unjust.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,
/s/

J. Frederick Motz
United States District Judge